6/7/2011 Waiver of Preliminary Hearing

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO: SA:01-CR-00495(2)-OLG |
| (2) CHARLES E. DEESE | § § | |

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5 or Fed. R. Crim. P. 32.1.

11/26/13
Date

*Charles Deese*
Defendant

Nov 26, 2013
Date

Joe Stenberg
Name of Attorney for Defendant (Print)

Signature of Attorney for Defendant
722 E Euclid Ave
San Antonio TX 78212
Tel: 210/226-5818