UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| USA | § |
| | § CRIMINAL NO: |
| vs. | § SA:01-CR-00495(2)-OLG |
| | § |
| (2) CHARLES E. DEESE | § |

## ORDER SETTING FINAL REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for FINAL REVOCATION HEARING in Courtroom 1, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on Thursday, January 09, 2014 at 09:30 AM.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 2nd day of December, 2013.

_____
ORLANDO L GARCIA
UNITED STATES DISTRICT JUDGE


Joey Contreras, Karen Norris, Erica Benites Giese for USA
Joe Stenberg for Charles E. Deese PS(Carlos L Salinas) PO(M Tijerina)