
Rec'd 11-01-13

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Charles E. Deese; aka Charles Edward Deese<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:01cr495(2)-OG |

FILED
DEC - 3 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Charles E. Deese; aka Charles Edward Deese                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
See attached Petition

Date:    11/01/2013                              _____
                                                                          *Issuing officer's signature*

City and state:    San Antonio, TX                    Amy Jackson, Deputy Clerk
                                                                          *Printed name and title*

### Return

This warrant was received on *(date)* 11-01-13 , and the person was arrested on *(date)* 11-20-2013
at *(city and state)* San Antonio, TX .

Date: _____                            for Dunn Eddie Hernandez
                                                                          *Arresting officer's signature*

                                                                          _____
                                                                          *Printed name and title*